■ JESSE L. WIENER, Appellant, v. LONG ISLAND DAILY PRESS PUBLISHING Co., INC., Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.

■ SEYMOUR COHEN, Respondent, v. QUALITEX, INCORPORATED, Appellant. (Action No. 1.) QUALITEX, INCORPORATED, Appellant, v. SEYMOUR COHEN, Respondent. (Action No. 2.)— Appeal from an order granting respondent's motion to consolidate an action to recover money loaned pending in the Supreme Court, New York County (Action No. 2) with an action for an accounting and for other relief pending in the Supreme Court, Nassau County (Action No. 1). In its affidavit in opposition to the motion appellant agreed that the issues in the actions might be tried simultaneously but contended that such consolidation should obtain in New York County, where a motion for such consolidation was then pending. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JOSEPH DRUCKMAN, Respondent, v. 1310 GREENE AVE. CORP., Appellant. —In an action to recover damages for personal injuries, the appeal is from a judgment, entered upon a jury's verdict, in favor of respondent. Respondent was injured when an angle iron attached to a fire escape fell on him because the bolts holding the angle iron were rusty and corroded. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ In the Matter of THERESA SAMMARCO, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Appeal from an order denying the petition and dismissing the proceeding to review a determination granting a certificate of eviction to appellant's landlord on the ground of immediate and compelling necessity. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of ANN M. WASHINGTON, Appellant, against PEOPLE OF THE STATE OF NEW YORK, Respondent.— Appeal from an order dismissing a proceeding brought pursuant to article 78 of the Civil Practice Act to compel the District Attorney of Orange County to file with the County Clerk of Orange County appellant's purported confession of murder in the first degree, without prejudice to any remedies the appellant may have in the criminal action pending against her in the County Court, Orange County. Appellant is presently under indictment for manslaughter in the first degree. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ.

■ ARTHUR E. KELLER, Respondent, v. NATIONAL AUTO RENTING Co., INC., Appellant.— In an action to recover damages for personal injuries, the appeal is from an order denying a motion to dismiss the complaint for lack of prosecution. A delay of 17 months between the joinder of issue and the making of this motion was set forth. There is neither proof nor claim that appellant has been in any way prejudiced by this delay. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ CONSTANCE RUSHTON, Respondent, v. CUCOLO HIGH TENSION CONSTRUCTION Co., INC., Appellant.— In an action to recover unpaid overtime wages, liquidated damages, and legal expenses pursuant to the Fair Labor Standards Act (U. S. Code, tit. 29, §§ 201–219), the appeal is from a judgment of the County Court, Rockland County, entered upon a jury's verdict, in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ.